IN the INTEREST OF: A.R.G., a Minor

148 EDA 2017

Superior Court of Pennsylvania.

07/21/2017

CP–51–AP–0000710–2016 (Philadelphia)

Affirmed

IN the INTEREST OF: A.B.G., a Minor

149 EDA 2017

Superior Court of Pennsylvania.

07/21/2017

CP–51–AP–0000711–2016 (Philadelphia)

Affirmed

IN the INTEREST OF: N.S., a Minor

150 EDA 2017

Superior Court of Pennsylvania.

07/21/2017

CP–51–AP–0001180–2016 (Philadelphia)

Affirmed

IN The INTEREST OF:
F.J.W., a Minor

151 EDA 2017

Superior Court of Pennsylvania.

07/21/2017

CP–51–DP–0002517–2014 (Philadelphia)

Affirmed

IN the INTEREST OF: J.V.S., a Minor

335 EDA 2017

Superior Court of Pennsylvania.

07/21/2017

CP–51–AP–0000708–2016, CP–51–DP–0002513–2014, FID: 51–FN–002315–2014 (Philadelphia)

Affirmed

IN the INTEREST OF: J.H.G., a Minor

339 EDA 2017

Superior Court of Pennsylvania.

07/21/2017

CP–51–AP–0000709–2016
CP–51–DP0002516–2014

FID#: 51–FN–002315–2014

(Philadelphia)

Affirmed

**IN the INTEREST OF A.R.G., a Minor**

**344 EDA 2017**

Superior Court of Pennsylvania.

07/21/2017

CP–51–AP–0000710–2016,   CP–51–DP–0002515–2014, FID:   51–FN–002315–2014 (Philadelphia)

Affirmed

**IN the INTEREST OF: A.B.G., a minor**

**351 EDA 2017**

Superior Court of Pennsylvania.

07/21/2017

CP–51–AP–0000711–2016,   CP–51–DP–0002514–2014, FID:   51–FN–002315–2014 (Philadelphia)

Affirmed

**IN the INTEREST OF N.S., a Minor**

**357 EDA 2017**

Superior Court of Pennsylvania.

07/21/2017

CP–51–AP–0001180–2016

CP–51–DP–0002519–2014

FID: 51–FN–002315–2014

(Philadelphia)

Affirmed

**COM.**

**v.**

**ALVAREZ, J.**

**1689 MDA 2016**

Superior Court of Pennsylvania.

07/21/2017

CP–49–CR–0001122–2013

(Northumberland)

Affirmed

